UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION FEADOR JOYNER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BOARD OF PAROLE,<br><br>　　　　　Respondent. | Case No. CV 19-9288 DMG (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the Report and Recommendation of United States Magistrate Judge ("Report"), and the objections to the Report. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having engaged in a *de novo* review of the portions to which objections were directed.

IT IS ORDERED that Petitioner's Motion for Stay and Abeyance is denied and that judgment be entered dismissing the Petition with prejudice. In addition, Petitioner's requests for ruling [Doc. ## 26, 27] are denied as moot.

DATED: August 19, 2020

　　　　　　　　　　　　　　　　　　　/s/ Dolly M. Gee
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　United States District Judge